IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ROBERT PAUL,

      Appellant,

v.

      Case No.  5D22-1182
      LT Case No. 2005-CF-010139-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed October 18, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Wayne C. Wooten, Judge.

Robert Paul, Miami, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, SASSO and TRAVER, JJ., concur.